**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO.: 9:22-cv-81545-AMC**

HOWARD COHAN,

Plaintiff,

vs.

THE BLUE DOG IN BOCA INC,
d/b/a THE BLUE DOG COOKHOUSE AND BAR,

Defendant.
_____________________________________________/

**NOTICE OF PENDING SETTLEMENT**

Plaintiff, HOWARD COHAN ("Plaintiff") and Defendant THE BLUE DOG IN BOCA INC, d/b/a THE BLUE DOG COOKHOUSE AND BAR ("Defendant"), by and through undersigned counsel, pursuant to Local Rule 16.4, hereby give notice that Plaintiff and Defendant ("Parties") have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. The Parties respectfully request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated this 12th day of January, 2023.

| | |
|---|---|
| BY: */s/ Jason S. Weiss*<br>Jason S. Weiss<br>Jason@jswlawyer.com<br>Florida Bar No. 356890<br>**WEISS LAW GROUP, P.A.**<br>5531 N. University Drive, Suite 103<br>Coral Springs, FL 33067<br>Tel: (954) 573-2800<br>Fax: (954) 573-2798<br><br>*Attorneys for Plaintiff* | BY: /s/ *Andrew B. Zelmanowitz*<br>Andrew B. Zelmanowitz<br>Fort Lauderdale<br>201 East Las Olas Boulevard<br>Suite 1500<br>Fort Lauderdale, FL 33301<br>P: (954) 712-5160<br>F: (954) 523-2872<br>azelman@bergersingerman.com<br><br>*Attorneys for Defendant* |