**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**CASE NO.: 9:22-cv-81545-AMC**

HOWARD COHAN,

Plaintiff,

vs.

THE BLUE DOG IN BOCA INC,
d/b/a THE BLUE DOG COOKHOUSE AND BAR,

Defendant.
_______________________________________/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, HOWARD COHAN ("Plaintiff"), by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal of this Action **with Prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and gives notice of the following:

1. Defendant, THE BLUE DOG IN BOCA INC, d/b/a THE BLUE DOG COOKHOUSE AND BAR ("Defendant"), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2. This case shall be dismissed **with Prejudice** with each party bearing his/their own attorneys' fees and costs.

BY: /s/ *Jason S. Weiss*
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890
**WEISS LAW GROUP, P.A.**
5531 N. University Drive, Suite 103
Coral Springs, FL 33067
Tel: (954) 573-2800
Fax: (954) 573-2798
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of February, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all counsel of record.

BY: /s/ *Jason S. Weiss*
Jason S. Weiss